PD-0019-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/22/2015 12:00:00 AM
Accepted 6/22/2015 8:04:02 AM
ABEL ACOSTA
CLERK

# COURT OF CRIMINAL APPEALS

## PD-0019-15, PD-0020-15
## PD-0021-15, PD-0022-15

*State of Texas, Appellant,*
*v.*
*Albert G. Hill, III, Appellee.*

**On Discretionary Review from**
**Nos. 05-13-00421-CR, 05-13-00423-CR**
**05-13-00424-CR, and 05-13-00425-CR**
**Fifth Court of Appeals, Dallas**

**On Appeal from Nos. F11-00180, F11-00182,**
**F11-00183, and F11-00191**
**204th District Court, Dallas County**

# Motion to Extend Time to File Appellee's Opening Brief

**Michael Mowla**
**445 E. FM 1382 No. 3-718**
**Cedar Hill, Texas 75104**
**Phone: 972-795-2401**
**Fax: 972-692-6636**
**michael@mowlalaw.com**
**Texas Bar No. 24048680**
**Attorney for Appellee**

1

**To the Honorable Judges of the Court of Criminal Appeals:**

Appellee Albert G. Hill, III files this motion to extend time to file the Appellee's Opening Brief:

1.      On December 29, 2014, in *State v. Hill*, 05-13-00421-CR, 05-13-00423-CR, 05-13-00424-CR, and 05-13-00425-CR, 2014 Tex. App. LEXIS 13835 (Tex. App. Dallas, December 29, 2014), the Court of Appeals reversed the judgment and order of the trial court in which the trial court dismissed the indictments against Appellee for prosecutorial misconduct.

2.      On February 23, 2015, Appellee filed the petition for discretionary review.

3.      On June 10, 2015, this Court granted the petition for discretionary review.

4.      The Appellee's Opening Brief is due on **July 10, 2015**.

5.      For good cause, Appellant asks for an extension of 15 days to file the Appellee's Brief, i.e., until **July 25, 2015**.

6.      No previous extension to file the Appellee's Brief has been filed.

7.      Appellee relies on the following facts as good cause for the requested extension: Attorney for Appellee just completed a reply brief in *Esparza v. Stephens*, 4-14-CV-0694, Eastern District of Texas.

8.      Further, Attorney for Appellee has the following briefs, petitions for

discretionary review, or other pleadings due soon:

- *Murray v. Texas*, petition for writ of certiorari due on July 14, 2015 in the Supreme Court of the United States.

- *Jackson v. State,* 05-15-00414, Appellant's Brief due on July 11, 2015 in the Fifth Court of Appeals.

- *Garmon v. State,* PD-0596-15, petition for discretionary review due on July 13, 2015 in the Court of Criminal Appeals.

- *Shortt v. State,* PD-0597-15, petition for discretionary review due on July 13, 2015 in the Court of Criminal Appeals.

- *Zimmerman v. Cutler, et al*, 15-50424, appellant's brief due on July 21, 2015 in the Fifth Circuit.

9. The case before this Court involves a complex issue of constitutional law that appears to be a case of first impression in Texas. This Court has also allowed oral argument in this case.

10. In addition, Attorney for Appellee continues work on a federal habeas corpus death penalty case, *Jones v. Stephens*, 4:05-CV-638-Y.

11. Further, Attorney for Appellee also continues work on a state habeas corpus death penalty case, *Ex parte Thomas*, F86-85539, in the 194th Judicial District Court.

12. Finally, Attorney for Appellee continues work on several habeas cases involving the underlying issue in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).

13. This motion is not filed for purposes of delay, but so that justice may

be served.

**Prayer**

Appellant prays that this Court grant this motion to extend time to file the Appellee's Opening Brief.

Respectfully submitted,

Michael Mowla
445 E. FM 1382 No. 3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellee

**/s/ Michael Mowla**
By: Michael Mowla

**Certificate of Service**

I certify that on June 21, 2015, a true and correct copy of this document was served on Chad Baruch by email to baruchesq@aol.com, on Lisa McMinn, the State Prosecuting Attorney, by email to Lisa.McMinn@spa.texas.gov, and on John Messinger, Assistant State Prosecuting Attorney, by email to john.messinger@spa.state.tx.us.

**/s/ Michael Mowla**
By: Michael Mowla